UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff(s),<br><br> v.<br><br>DAVID PADILLA,<br><br>     Defendant(s). | CASE NO. CR24-0079-KKE-5<br><br>ORDER TO SUPPLEMENT THE RECORD |

The Court has received a motion filed by Defendant's counsel, requesting leave to withdraw and to appoint substitute counsel. Dkt. No. 154. Counsel represents that Defendant requests this relief, for reasons not articulated in the motion. *Id.*

In order to facilitate resolution of counsel's motion, the Court ORDERS counsel to file a declaration no later than September 12, 2024, under seal if necessary (*see* Local Rules W.D. Wash. LCrR 49.1(d)), that describes the situation underlying the motion and explains why this relief is necessary.

Dated this 9th day of September, 2024.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER TO SUPPLEMENT THE RECORD - 1