UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID PADILLA,<br>　　　　Defendant. | NO.  CR24-079-KKE-5<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL |

Under Local Rules W.D. Wash. LCrR 49.1(d)(5), the Court GRANTS Defendant's motion (Dkt. No. 156) to file under seal the *ex parte* attorney declaration in support of the motion to withdraw and appoint substitute counsel.

Dated this 11th day of September, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge